*WILLIAM C. MURR ET AL. v. ANNA MURR, AN INFANT.

MINOR'S INTERESTS IN PARTITION PROCEEDINGS PROTECTED AS AGAINST ADULT CO-PARCENERS.

Where adult coparceners conceal from an infant coparcener the true value of the land, and after taking it at its appraised value sell it at a greatly enhanced figure, they will be required to account to the minor for the profits thus derived and the court is not bound to apportion the judgment among the joint wrongdoers, but may render a general judgment against all the defendants.

ERROR to Hamilton common pleas court.

**Spangenberg & Spangenberg** and **J. J. Gasser,** for plaintiff in error.

*Affirming *Murr* v. *Murr,* 17 Dec. 773, which see for a statement of the case.

Murr v. Murr.

**J. T. Harrison,** for defendant in error.

**GIFFEN, J.**

The plaintiff in her original petition did not seek to set aside the proceedings in the partition suit, because the rights of an innocent purchaser had intervened; but she asked that the defendants be required to account to her for the excess of the proceeds of subsequent sale to this purchaser over the amount of the appraisement, at which one of the defendants elected to take the premises.

The ground of the action was fraud on the part of the defendants in concealing from the plaintiff, an infant, the true value of the premises; and after selling the same a few months after the partition proceedings for nearly three times their appraised value, dividing the proceeds of sale to the exclusion of plaintiff. While the testimony upon this issue was not, and rarely is, direct and positive, yet the circumstances were quite as convincing, and warranted the court in finding for the plaintiff.

The court is not required to apportion the amount of the judgment among joint wrongdoers, and hence the judgment for the full amount against all the defendants was not erroneous.

Judgment affirmed.

**Swing** and **Smith, JJ.,** concur.